IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CITIZENS STATE BANK,

    Plaintiff,

vs.                               1:10-CV-224-SPM/GRJ

DIXIE COUNTY,

    Defendant.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Plaintiff's Unopposed Motion for Extension of Time to Respond to the Defendant's Motion to Dismiss (doc. 7), filed December 3, 2010. The Court finds this request to be reasonable. Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Motion (doc. 7) is *granted*.

    2.    The Plaintiff shall have until *December 17, 2010,* to respond to the Motion to Dismiss (doc. 5).

    **DONE AND ORDERED** this <u>seventh</u> day of December, 2010.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Chief United States District Judge