IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CITIZENS STATE BANK,

    Plaintiff,

vs.                                       CASE NO.: 1:10cv224-SPM/GRJ

DIXIE COUNTY,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS AS MOOT

After Defendant filed a motion to dismiss the complaint (doc. 5), Plaintiff filed a First Amended Complaint (doc. 11). Accordingly, it is ORDERED AND ADJUDGED that Defendant's motion to dismiss the original complaint (doc. 5) is DENIED AS MOOT.

DONE AND ORDERED this <u>twenty-eighth</u> day of December, 2010.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge