IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CITIZENS STATE BANK,

    Plaintiff,

vs.                                           1:10-CV-224-SPM/GRJ

DIXIE COUNTY,

    Defendant.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Plaintiff's Unopposed Motion for Extension of Time to Respond to the Defendant's Motion to Dismiss (doc. 20). The Court finds this request to be reasonable. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion (doc. 20) is *granted*.

2. The Plaintiff shall have until *January 31, 2011,* to respond to the Motion to Dismiss (doc. 19).

**DONE AND ORDERED** this twenty-fourth day of January, 2011.

                                    *s/Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Chief United States District Judge