IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CITIZENS STATE BANK,
a Florida corporation,
f/k/a/ THE CITIZENS BANK OF PERRY,
a Florida corporation,

      Plaintiff,

v.                                CASE NO. 1:10-cv-224-SPM-GRJ

DIXIE COUNTY, a political subdivision
of the State of Florida,

      Defendant.

_____/

## O R D E R

Pending before the Court is Plaintiff's Motion To Strike Document Number 43. (Doc. 46.)  Plaintiff advises that it erred in filing its confidential attorney fee records as a non-confidential notice of hours.  Accordingly, Plaintiff requests an order from the Court instructing the Clerk to delete Doc. 43 from the docket for this action.

Upon due consideration, it is **ORDERED** that:

(1)    Plaintiff's Motion To Strike Document Number 43 (Doc. 46) is **GRANTED**.

(2)    The Clerk is instructed to delete Doc. 43 from the docket.

**DONE AND ORDERED** this 17th day of May, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge