IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CITIZENS STATE BANK,

    Plaintiff,

vs.                                               1:10-CV-224-SPM/GRJ

DIXIE COUNTY,

    Defendant.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion to Modify the Scheduling Order (doc. 39). The Defendant has filed a response in opposition (doc. 49). The Court finds the Plaintiff's request to be reasonable. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion to Modify the Scheduling Order is **GRANTED**.

**DONE AND ORDERED** this sixteenth day of June, 2011.

                                                        *s/ Stephan P. Mickle*
                                                        Stephan P. Mickle
                                                        Chief United States District Judge