IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CITIZENS STATE BANK, a
Florida corporation, f/k/a THE
CITIZENS BANK OF PERRY, a
Florida corporation,

    Plaintiff,

v.                                                         CASE NO. 1:10-cv-224-SPM-GRJ

DIXIE COUNTY, a political
subdivision of the State of Florida,

    Defendant.
_____ /

## **O R D E R**

Pending before the Court is Defendant, Dixie County's Unopposed Motion To Stay, Or, In The Alternative, For Extension of Time To Serve Expert Disclosures. (Doc. 50.) Defendant requests that the Court stay Defendant's obligation to serve expert reports by June 3, 2011 or granted it an extension of time to do so after it receives Plaintiff's expert reports.

On June16, 2011 the Court entered an order (Doc. 55) granting Plaintiff's Motion to Modify the Scheduling Order. (Doc. 39.) As a result, the deadline for Defendant to serve its expert reports was extended to July 1, 2011, approximately one month after Plaintiff is required to serve its expert reports. As such Defendant's motion is moot because Defendant no longer requires an extension of time to serve its expert reports and there no longer is any reason to stay Defendant's obligation to serve expert

reports.

Accordingly, upon due consideration, it is **ORDERED:**

Defendant, Dixie County's Unopposed Motion To Stay, Or, In The Alternative, For Extension of Time To Serve Expert Disclosures (Doc. 50) is **DENIED as moot**.

**DONE AND ORDERED** this 21st h day of June, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge