IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CITIZENS STATE BANK,
a Florida corporation, f/k/a
THE CITIZENS BANK OF
PERRY, a Florida corporation,

    Plaintiff,

v.                                        CASE NO. 1:10-cv-224-SPM-GRJ

DIXIE COUNTY, a political
subdivision of the State of Florida

    Defendant.
_____/

## O R D E R

This matter is before the Court upon Plaintiff's Unopposed Motion For Enlargement Of Time. (Doc. 76.)  Plaintiff requests an extension of time until October 10, 2011 to respond to Defendants's pending motion for summary judgment.  (Doc. 70.) Pursuant to Local Rule 7.1(B), Plaintiff's counsel represents Defendant's counsel has been contacted and Defendant does not oppose the requested extension.

Upon due consideration, it is hereby **ORDERED** that:

(1)  Plaintiff's Unopposed Motion For Enlargement Of Time (Doc. 76) is **GRANTED**.

(2)  Plaintiff shall respond to Defendant's motion for summary judgment (Doc. 76) on or before **October 10, 2011**.

**DONE AND ORDERED** this 27th day of September, 2011.

                                                    *s/ Gary R. Jones*
                                                    GARY R. JONES
                                                    United States Magistrate Judge