IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CITIZENS STATE BANK, a Florida
Corporation, f/k/a THE CITIZENS
BANK OF PERRY,

    Plaintiff,

vs.	CASE NO.: 1:10-CV-224-SPM/GRJ

DIXIE COUNTY, a political subdivision
of the State of Florida,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion For Leave To Reply to Plaintiff's Response To Defendant's Motion For Summary Judgment (doc. 86).  It is

ORDERED AND ADJUDGED as follows:

1. Defendant's motion for leave to file reply (doc. 86) is hereby **granted**.

2. Defendant, Dixie County, shall have until **November 4, 2011** to file a reply.  The length shall not exceed ten (10) pages.

DONE AND ORDERED this 24th day of October, 2011.

                                      *S/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Senior United States District Judge