IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CITIZENS STATE BANK, a Florida
Corporation, f/k/a THE CITIZENS
BANK OF PERRY,

    Plaintiff,

vs.                      CASE NO.: 1:10-CV-224-SPM/GRJ

DIXIE COUNTY, a political subdivision
of the State of Florida,

    Defendant.
_____/

## ORDER DENYING MOTION FOR REHEARING

THIS CAUSE comes before the Court for consideration of Plaintiff's Motion for Rehearing and Motion for Relief From Judgment and Request for Oral Argument (doc. 132).  Oral argument is not necessary for the Court to rule on this motion therefore the request will be denied.  Plaintiff's motion presents no grounds to alter the Court's previous ruling.  Additionally, Plaintiff's motion for rehearing attempts to incorporate a motion to amend the complaint which is improper procedure.  Accordingly, it is

**ORDERED AND ADJUDGED**:  the motion (doc. 132) is **denied**.

**DONE AND ORDERED** this 26th day of January, 2012.

                                          *S/ Stephan P. Mickle*
                                          Stephan P. Mickle
                                          Senior United States District Judge